United States District Court
Southern District of Texas
**ENTERED**
August 01, 2019
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| VERTEX SERVICES, LLC, § § Plaintiff, § § v. § Civil Action No. H-17-1527 § TETRA TECHNOLOGIES, INC. *and* § TETRA APPLIED § TECHNOLOGIES, LLC. § § Defendants. § | |

### ORDER

Pending before the Court is Defendant's Motion to Dismiss Plaintiff's First Amended Complaint (Document No. 33). Having considered the motion, submissions, and applicable law, the Court determines the motion should be denied. Accordingly, the Court hereby

**ORDERS** that Defendant's Motion to Dismiss Plaintiff's First Amended Complaint (Document No. 33) is **DENIED**.

SIGNED at Houston, Texas, on this __1__ day of August, 2019.

DAVID HITTNER
United States District Judge