United States District Court
Southern District of Texas
**ENTERED**
September 26, 2019
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| Vertex Services, LLC, § <br> § <br> Plaintiff, § <br> V § <br> § <br> Tetra Technologies, Inc., et al,§ <br> Defendant § | CIVIL ACTION: H-17-1527 |

### O R D E R

IT IS HEREBY

ORDERED that the above captioned case is STAYED and administratively closed pending the outcome of the bankruptcy proceedings. The parties are granted leave to move to reinstate the case on the Court's active docket at such time in the future as the parties deem appropriate.

SIGNED at Houston, Texas, on this the __26__ day of September, 2019.

_David Hittner_
DAVID HITTNER
UNITED STATES DISTRICT JUDGE