United States District Court
Southern District of Texas
**ENTERED**
March 09, 2022
Nathan Ochsner, Clerk

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| Vertex Services, LLC., | § | |
| | § | |
| v. | § | C.A. H-17-1527 |
| | § | |
| Tetra Technologies, Inc., et al, | § | |

## **ORDER**

Pending before the Court is Plaintiff's Motion to Sever (Doc. # 50). Having considered the motion and the applicable law, the Court determines that the foregoing motion should be denied. Accordingly, the Court hereby

ORDERS that the Motion to Sever (Doc. # 50) is DENIED.

SIGNED at Houston, Texas, on this 8th day of March, 2022.

DAVID HITTNER
United States District Judge